IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOEY P. KIMBLE                                                                                PLAINTIFF

V.                                      NO. 3:21-cv-183-DPM-ERE

DAVID WEST, *et al*.                                                                        DEFENDANTS

## ORDER

Mail sent to Plaintiff Joey P. Kimble from the Court was returned as "undeliverable." *Docs. 3, 4, 5*. Mr. Kimble has failed to inform the Court of his current address, as required by Local Rule 5.5(c)(2) and this Court's Initial Order (*Doc. 2*).

If Mr. Kimble wants to pursue the claims he raises in this lawsuit, he must notify the Court of his current address within 30 days. Failure to comply with this Order may result in the dismissal of this lawsuit.

IT IS SO ORDERED this 8th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE