IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOEY P. KIMBLE      PLAINTIFF

v.      No: 3:21-cv-183-DPM

DAVID WEST, Sheriff, Cross County;
and DOES, Correctional Officers, Cross
County Detention Center      DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Kimble hasn't updated his address with the Clerk of Court; and the time to do so has passed. *Doc. 6*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 November 2021