IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOEY P. KIMBLE                                                      PLAINTIFF

v.                          No: 3:21-cv-183-DPM

DAVID WEST, Sheriff, Cross County;
and DOES, Correctional Officers, Cross
County Detention Center                                            DEFENDANTS

JUDGMENT

Kimble's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 November 2021